**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Miguel Angel GALLEGOS,
Defendant–Appellant.**

**No. 03–41505.**

United States Court of Appeals,
Fifth Circuit.

April 21, 2004.

James Lee Turner, Assistant US Attorney, US Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Miguel Angel Gallegos, Houston, TX, pro se.

Before JOLLY, JONES, and SMITH, Circuit Judges.

PER CURIAM:*

Court-appointed counsel for Miguel Angel Gallegos, has moved for leave to withdraw and has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Galle-

---

gos has not filed a response to the motion. Our review of the brief filed by counsel and of the record discloses no nonfrivolous issue for appeal. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.